IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN A. SPRANGER,

    Plaintiff,                              Hon. George Caram Steeh

vs.

COUNTY OF MACOMB, a municipal        Case Number 2:18-cv-10005-GCS-DRG
entity, a political Subdivision of the
State of Michigan

    Defendants.
_____/

Karen A. Spranger, In Pro Se              John A. Schapka (P36731)
Macomb County Clerk/ Register of Deeds    Macomb County Corporate Counsel
40 North Main, 3rd Floor                    One S. Main Street, 8th Floor
Mt. Clemens, Michigan 48043             Mt. Clemens, MI 48043
(586) 469-5120                                 (586) 469-6346
Karen.spranger@macombgov.org          john.schapka@macombgov.org

_____/

## MOTION TO RECUSE JUDGE GEORGE CARAM STEEH

## AFFIDAVIT OF KAREN A. SPRANGER

## CERTIFICATION OF GOOD FAITH FILING

Now here comes Karen A. Spranger, being duly sworn, submits to the United States Federal District Court of Eastern Michigan a request for Honorable Judge George Caram Steeh to recuse himself from Case 2:18-cv-10005-GCS-DRG captioned KAREN A.SPRANGER vs. COUNTY OF MACOMB:

1) Plaintiff KAREN A. SPRANGER files this affidavit as a pro se litigant in good faith.

2) Plaintiff SPRANGER has filed this affidavit with good cause concerns upon learning of a potential conflict that may prejudice her rights.

3) Under 28 U.S.C §144 , Plaintiff files this affidavit upon learning facts and reasons falling outside of the ten day beginning of the term of the proceeding to be heard.

4) Under information and belief, an Amended Correction Complaint filed January 29, 2018 in the United States District Court Western District of Missouri names several judges in the **Raimondo vs Hood** et. al. (17-04254-cv-w-nkl) lawsuit.

5) A review of the lawsuit provides detailed insight into the past practices of the Democrat Party actors related the County of Macomb.

6) Upon reflection of the alleged 'fraud upon the court' parties , including Judges Hood, Steeh, and O'Meara, Plaintiff strongly petitions for her Due Process rights to be unbiased in all matters possible under law.

7) That upon further research of prevailing laws, under information and belief, that Plaintiff SPRANGER is hereby asserting 28 U. S. C. § 455(a)

*§ 455. Disqualification of justice, judge, or magistrate judge (a) Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.*

8) Plaintiff SPRANGERs original January 2, 2018 lawsuit against the COUNTY OF MACOMB actors is a clear and direct assertion with multiple allegations of her Constitutional and statutory rights being violated by 'county actors' of the Macomb County Democratic Party operatives.

9) Under information and belief, Courts have repeatedly held that positive proof of the partiality of a judge is not a requirement, only the appearance of partiality. Liljeberg v. Health Services Acquisition Corp., 486 U.S. 847, 108 S.Ct. 2194 (1988)

10) "Section 455(a) of the Judicial Code, 28 U.S.C. §455(a), is not intended to protect litigants from actual bias in their judge but rather to promote public confidence in the impartiality of the judicial process." United States v. Balistrieri, 779 F.2d 1191 (7th Cir. 1985)

11) Upon information and belief, Honorable Judge George Caram Steeh has a historical perspective of the Macomb County Democrat Party operatives where his impartiality for current Republican Macomb County Clerk/ Register of Deeds Karen A. Spranger is jeopardized.

12) Upon information and belief, Section 455(a) requires a judge to recuse himself in any proceeding in which his/her impartiality might reasonably be questioned. Recusal under Section 455 is self-executing; a party need not file affidavits in support of recusal and the judge is obligated to recuse himeself/herself sua sponte under the stated circumstances Taylor v. O'Grady, 888 F.2d 1189 (7th Cir. 1989)

13) Upon information and belief, Judges do not have discretion not to disqualify themselves. By law, they are bound to follow the law.

14) Under information and belief, Judge George Caram Steeh has had long term deep ties to the Macomb County Democrat Party and County of Macomb government. Plaintiff SPRANGER seeks the recusal in order to secure her Constitutional and statutory rights under law.

Further, Affiant Sayeth Not,

*Karen A. Spranger*
Karen A. Spranger
Macomb Register of Deeds
Clerk of the 16th Judicial Circuit Court

Sworn and subscribed before me,

this 20 February, 2018,

Notary Public
My Commission Expires 10/06/2021

ALVIN J HAYES
Notary Public - Michigan
Macomb County
My Commission Expires Oct 6, 2021
Acting in the County of Macomb

4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN A. SPRANGER,

    Plaintiff,                           Hon. George Caram Steeh

vs.

COUNTY OF MACOMB, a municipal      Case Number 2:18-cv-10005-GCS-DRG
entity, a political Subdivision of the
State of Michigan

    Defendants.
_____/

Karen A. Spranger, In Pro Se         John A. Schapka (P36731)
Macomb County Clerk/ Register of Deeds  Macomb County Corporate Counsel
40 North Main, 3rd Floor               One S. Main Street, 8th Floor
Mt. Clemens, Michigan 48043          Mt. Clemens, MI 48043
(586) 469-5120                           (586) 469-6346
Karen.spranger@macombgov.org       john.schapka@macombgov.org

_____/

## PROOF OF SERVICE

On February 20, 2018, Karen A. Spranger **hand-delivered** a court stamped copy of the following entitled document:
" MOTION TO RECUSE JUDGE GEORGE CARAM STEEH
AFFIDAVIT OF KAREN A. SPRANGER
CERTIFICATE OF GOOD FAITH FILING
"

to address: One North Main Street, 8th Floor, Corporate Counsel Department, Mount Clemens, Michigan 48043

to address : United States District Court, Eastern District of Michigan, Southern Division 211West Fort Street, 5th Floor, Detroit , Michigan 48226

*Karen A. Spranger* (signature)
Karen A. Spranger
February 20, 2018