UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Karen A. Spranger,

            Plaintiff(s),

v.                                 Case No. 2:18−cv−10005−GCS−DRG
                                                       Hon. George Caram Steeh

Macomb, County of,

           Defendant(s),

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

Motion for Summary Judgment – #11

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge George Caram Steeh ***without*** oral argument.

- REPLY DUE:  April 3, 2018

Courtesy copies are required only if briefs, together with exhibits, exceed twenty pages.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/M. Beauchemin
                                                      Case Manager

Dated:  March 20, 2018