class, Rodney-Dale
Private Attorney General
14th Amendment section 4
Constitutional Bounty Hunter
1063 Jesse Drive
Cleveland, North Carolina 27013

## ADMINISTRATIVE CLAIM NOTICE OF ADMINISTRATIVE OVERTHROW OF A CONSTITUTIONAL OFFICE CLERK OF COURT OF MACOMB COUNTY BY ROGUE COUNTY AGENTS

(2018.04.02)

Karen A. Spranger
Constitutional Office
of the Clerk of Court
MaComb County
On behalf of the People

FILED USDC - CLRK DET
2018 APR 2 PM 1:52

Topic: Overthrow of a Constitutional Public Office violation.

Relief: Immediate investigation and injunction to stop the overthrow of a Constitutional Public Office

Attn: Michigan Governor Office
Governor Rick Snyder
P.O. Box 30013
Lansing, Michigan 48909

In the United States District Court
for the Eastern District of MI Southeastern Div.
Hon George Caramel Steeh
Case number. 2:18-cv-10005-GCS-DRG

United States Attorney Mike Stuart
Department of Justice
U.S. Attorney Office
Southern District of West Virginia
Sidney L. Christie Federal Building
845 Fifth Avenue
Huntington, WV, 25701

David P. Gelios FBI
477 Michigan Ave., 26th Floor
Detroit, MI 48226

Detroit Main Office
United States Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226

**Poor Quality Original**

President Donald Trump
White House
1600 Pennsylvania Avenue NW
Washington,DC 20500

COURT ENFORCEMENT OF CONSTITUTIONAL OR
LEGISLATIVE MANDATE

**The governor may initiate court proceedings in the name of the state to enforce compliance with any constitutional or legislative mandate, or to restrain violations of any constitutional or legislative power, duty or right by any officer, department or agency of the state or any of its political subdivisions. This authority shall not be construed to authorize court proceedings against the legislature.**

Attn: Administrative Heads under a sworn Oath the Constitution.

I, Karen A, Spranger being a duly sworn officer of MaComb County in Michigan as a Clerk of Court under the Constitution of Michigan and the United States Constitution, Clerk/Register of Deeds come before your administration to report a crime of Constitutional violation of the overthrow of my Constitutional offices.

1. I, was elected by the people of Macomb County under the conditions that I would clean up the corruption and misuse of public funds that comes into this court by the people of Michigan. On that bases I was elected by the people to this Constitutional office that I held.

2. Upon my promise and sworn oath to the people of Macomb County, I started to to enforce the Charter, "Home Rule Charter of Macomb County, MI approved by the Macomb County Charter Commission, June 17, 2009 and the Human Resources and Labor Relations (HRLR) manual that defines the office of the Clerk of Court for Macomb County.

3. As any newly elected officials to a public office I was aware that the older employees of this clerk of court office, Clerk/Register of Deeds had their routine to which they were a custom to from the old Clerk of Court Carmella Sabaugh when she ran this office.

4. When it came time for me to taking over the finance side of the Clerk of Court Office the former Clerk of Court willfully disregarded MCL 50.62 to transfer all the financial books, seals, stamps, records and other document of the Clerk of Court office to allow me to run the office and address the budget and the bank deposits and the money received by the Court from the people of Michigan on Court cases.

5. The more I inquired to discover about the financial book and records the more resistance I started to receive from a couple of the employees in my offices especially the supervisors from Local 412. Being new to this office I tried to explain the Charter and the HRLR that I was entitled to have this information to run this efficiently so I would have a better understand of the budget for this office.

6. I started to become aware of the funds coming in, to what was showing on the books. I began to question two of my staff members and understand why is there a difference. Their attitude toward me became insubordinate as I was their superior and it appeared that funds was not being accoutered for. I had no choice to relief them of their official duties on the ground of misconduct.

7. As I was being stonewalled I started to discover backlogs of over 1600 e-filing and court cases being delayed such as Union UAW Local 412 and that Collective Bargaining Agreements were in jeopardy do to inside interference.

8. The more I tried to address the misconduct of my office employees the more I was seeing corruption and willful negligence and unethical behavior toward the people who came before this clerk of court and have their cases filed.

9. I received a complaint to investigate on a certain court cases and allow issue that would violate the honesty of this public office.

10. I started to go to their other county departments heads and administration and explain that this a constitutional office and the Charter and HRLR interfered with my duties as the county clerk.

10a. My job description is under statutory laws and that I was required to attend training from United County Officers Association, paragraph 1, "States legal basis for County Personnel Administration:

10b. Outfits of the traditional playing over home the elected official it's giving statutory authority to hire, manage and terminate employees are under the control of the elected officials and not under the Board of Commissioners."

11. The next thing I know I have the Sheriff department raid and ram shack my department I was brought up on charges for the release of the two clerk whom I relieved of duty for misconduct to which the regulation empowered to this office I had every right to terminate supervisor for a walk out strike.

12. My position has now been overthrown by several department heads in the county in direct violation of the charter and this state constitution as listed below.

13. As governor of Michigan your duty to protect the peoples rights and to protect this public office under the constitution of this State and for breach of trust and constitutional violation being done by other administrative department to ruin the integrity dignity of this office. I come before your office under the constitution of this State and ask you to intervene and to enforce the constitution as defined in this State Constitution as shown below. by insurrection and repel invasion.

Constitutional references:

### § 12 Military powers.

Sec. 12. The governor shall be commander-in-chief of the armed forces and may call them out to execute the laws, suppress insurrection and repel invasion.

### § 4 Militia.

Sec. 4. The militia shall be organized, equipped and disciplined as provided by law.

## MICHIGAN MILITARY ACT (EXCERPT)
## Act 150 of 1967

### 32.509 State military establishment; composition; organized and unorganized militia.
### Sec. 109.

The organized militia of this state taken collectively shall be known as the state military establishment and constitutes the armed forces of this state. The organized militia consists of the army national guard, the air national guard, and the defense force when actually in existence as provided in this act. The unorganized militia consists of all other able-bodied citizens of this state and all other able-bodied citizens who are residents of this state who have or shall have declared their intention to become citizens of the United States, who shall be age 17 or over and not more than age 60, and shall be subject to state military duty as provided in this act.

## JURISDICTION
## CONSTITUTIONAL PROVISION FOR THE CLERK OF COURT

## ARTICLE VI JUDICIAL BRANCH

### § 14 County clerks; duties, vacancies; prosecuting attorneys, vacancies.

Sec. 14. The clerk of each county organized for judicial purposes or other officer performing the duties of such office as provided in a county charter shall be clerk of the circuit court for such county. The judges of the circuit court may fill a vacancy in an elective office of county clerk or prosecuting attorney within their respective jurisdictions

## ARTICLE II ELECTIONS

### § 5 Time of elections.

Sec. 5. Except for special elections to fill vacancies, or as otherwise provided in this constitution, all elections for national, state, county and township offices shall be held on the first Tuesday after the first Monday in November in each even-numbered year or on such other date as members of the congress of the United States are regularly elected.

## ARTICLE III GENERAL GOVERNMENT

### § 5 Intergovernmental agreements; service by public officers and employees.

Sec. 5. Subject to provisions of general law, this state or any political subdivision thereof, any governmental authority or any combination thereof may enter into agreements for the performance,

financing or execution of their respective functions, with any one or more of the other states, the United States, the Dominion of Canada, or any political subdivision thereof unless otherwise provided in this constitution. Any other provision of this constitution notwithstanding, an officer or employee of the state or of any such unit of government or subdivision or agency thereof may serve on or with any governmental body established for the purposes set forth in this section and shall not be required to relinquish his office or employment by reason of such service. The legislature may impose such restrictions, limitations or conditions on such service as it may deem appropriate

## ARTICLE IV LEGISLATIVE BRANCH

§ 24 Laws; object, title, amendments changing purpose.
Sec. 24. No law shall embrace more than one object, which shall be expressed in its title. No bill shall be altered or amended on its passage through either house so as to change its original purpose as determined by its total content and not alone by its title

§ 48 Disputes concerning public employees.
Sec. 48. The legislature may enact laws providing for the resolution of disputes concerning public employees, except those in the state classified civil service

## ARTICLE V EXECUTIVE BRANCH

§ 8 Principal departments, supervision of governor; information from state officers
Sec. 8. Each principal department shall be under the supervision of the governor unless otherwise provided by this constitution. The governor shall take care that the laws be faithfully executed. He shall transact all necessary business with the officers of government and may require information in writing from all executive and administrative state officers, elective and appointive, upon any subject relating to the duties of their respective offices.

Court enforcement of constitutional or legislative mandate.

**The governor may initiate court proceedings in the name of the state to enforce compliance with any constitutional or legislative mandate, or to restrain violations of any constitutional or legislative power, duty or right by any officer, department or agency of the state or any of its political subdivisions. This authority shall not be construed to authorize court proceedings against the legislature.**

## ARTICLE VII LOCAL GOVERNMENT

§ 1 Counties; corporate character, powers and immunities.
Sec. 1. Each organized county shall be a body corporate with powers and immunities provided by law

§ 2 County charters.
Sec. 2. Any county may frame, adopt, amend or repeal a county charter in a manner and with powers and limitations to be provided by general law, which shall among other things provide for the election of a charter commission. The law may permit the organization of county government in form different from that set forth in this constitution and shall limit the rate of ad valorem property taxation for county purposes, and restrict the powers of charter counties to borrow money and contract debts. Each charter

county is hereby granted power to levy other taxes for county purposes subject to limitations and prohibitions set forth in this constitution or law. Subject to law, a county charter may authorize the county through its regularly constituted authority to adopt resolutions and ordinances relating to its concerns.

§ 4 County officers; terms, combination.
Sec. 4. There shall be elected for four-year terms in each organized county a sheriff, a county clerk, a county treasurer, a register of deeds and a prosecuting attorney, whose duties and powers shall be provided by law. The board of supervisors in any county may combine the offices of county clerk and register of deeds in one office or separate the same at pleasure.

§ 11 Indebtedness, limitation.
Sec. 11. No county shall incur any indebtedness which shall increase its total debt beyond 10 percent of its assessed valuation

§ 32 Budgets, public hearing.
Sec. 32. Any county, township, city, village, authority or school district empowered by the legislature or by this constitution to prepare budgets of estimated expenditures and revenues shall adopt such budgets only after a public hearing in a manner prescribed by law.

§ 33 Removal of elected officers.
Sec. 33. Any elected officer of a political subdivision may be removed from office in the manner and for the causes provided by law

## ARTICLE IX FINANCE AND TAXATION

§ 21 Accounting for public moneys.
Sec. 21. The legislature shall provide by law for the annual accounting for all public moneys, state and local, and may provide by law for interim accounting.

§ 23 Financial records; statement of revenues and expenditures.
Sec. 23. All financial records, accounting, audit reports and other reports of public moneys shall be public records and open to inspection. A statement of all revenues and expenditures of public moneys shall be published and distributed annually, as provided by law.

§ 29 State financing of activities or services required of local government by state law.
Sec. 29. The state is hereby prohibited from reducing the state financed proportion of the necessary costs of any existing activity or service required of units of Local Government by state law. A new activity or service or an increase in the level of any activity or service beyond that required by existing law shall not be required by the legislature or any state agency of units of Local Government, unless a state appropriation is made and disbursed to pay the unit of Local Government for any necessary increased costs. The provision of this section shall not apply to costs incurred pursuant to Article VI, Section 18.

## ARTICLE XI PUBLIC OFFICERS AND EMPLOYMENT
### § 1 Oath of public officers.

Sec. 1. All officers, legislative, executive and judicial, before entering upon the duties of their respective offices, shall take and subscribe the following oath or affirmation: I do solemnly swear (or affirm) that I will support the Constitution of the United States and the constitution of this state, and that I will faithfully discharge the duties of the office of .......... according to the best of my ability. No other oath, affirmation, or any religious test shall be required as a qualification for any office or public trust.

### § 2 Terms of office of state and county officers.

Sec. 2. The terms of office of elective state officers, members of the legislature and justices and judges of courts of record shall begin at twelve o'clock noon on the first day of January next succeeding their election, except as otherwise provided in this constitution. The terms of office of county officers shall begin on the first day of January next succeeding their election, except as otherwise provided by law.

### § 4 Custodian of public moneys; eligibility to office, accounting.

Sec. 4. No person having custody or control of public moneys shall be a member of the legislature, or be eligible to any office of trust or profit under this state, until he shall have made an accounting, as provided by law, of all sums for which he may be liable.

### § 7 Impeachment of civil officers.

Sec. 7. The house of representatives shall have the sole power of impeaching civil officers for corrupt conduct in office or for crimes or misdemeanors, but a majority of the members elected thereto and serving therein shall be necessary to direct an impeachment.

### Trial by senate; oath, presiding officer.

Every impeachment shall be tried by the senate immediately after the final adjournment of the legislature. The senators shall take an oath or affirmation truly and impartially to try and determine the impeachment according to the evidence. When the governor or lieutenant governor is tried, the chief justice of the supreme court shall preside.

### Conviction; vote, penalty.

No person shall be convicted without the concurrence of two-thirds of the senators elected and serving. Judgment in case of conviction shall not extend further than removal from office, but the person convicted shall be liable to punishment according to law.

### Judicial officers, functions after impeachment.

No judicial officer shall exercise any of the functions of his office after an impeachment is directed until he is acquitted.

## ARTICLE Schedule SCHEDULE AND TEMPORARY PROVISIONS

### § 3 Officers, continuance in office

Sec. 3. Except as otherwise provided in this constitution, all officers filling any office by election or appointment shall continue to exercise their powers and duties until their offices shall have been abolished or their successors selected and qualified in accordance with this constitution or the laws enacted pursuant thereto.

My request is for an immediate investigation and audit to detect these possible crimes against the clerk of courts office and the return to my elected position and the return of all illegally removed files by those public officials who are in insurrection and rebellion and who have gone on strike against the constitution. Who have withheld and removed books, records, files, from my County Clerk office. Furthermore one of my deputy clerk has received a threat over her personal home phone.

by an unknown party.

*Karen A. Spranger*
Karen A. Spranger
7520 Hutson
Warren, MI 48091

class, Rodney-Dale
Private Attorney General
14th Amendment section 4
Constitutional Bounty Hunter
1063 Jesse Drive
Cleveland, North Carolina 27013
*class, Rodney - Dale*

 

These are the offices that are in violation of the constitution and insurrection and rebellion

In the United States District Court
for the Eastern District of MI
Southeastern Division
Hon George Caramel Steeh

Case number. 2:18-cv-10005-GCS-DRG

Attn: Michigan Governor Office
Governor Rick Snyder
P.O. Box 30013
Lansing, Michigan 48909

United States Attorney Mike Stuart
Department of Justice
U.S. Attorney Office
Southern District of West Virginia
Sidney L. Christie Federal Building
845 Fifth Avenue

9 of 10

Huntington, WV, 25701

David P. Gelios FBI
477 Michigan Ave., 26th Floor
Detroit, MI 48226

Detroit Main Office
United States Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226

President Donald Trump
White House
1600 Pennsylvania Avenue NW

These are the offices that are in violation of the constitution and insurrection and rebellion and are committing mutiny.

LAWRENCE ROCCA TREASURER
ONE SOUTH MAIN,
MOUNT CLEMENS, MI, 48043.

GIUSEPPE BIONDO
DEPUTY TREASURER
ONE SOUTH MAIN,
MOUNT CLEMENS, MI, 48043.

ANTHONY M. WICKERSHAM
SHERIFFS OFFICE
43565 ELIZABETH ROAD,
MOUNT CLEMENS, MI 48043

ELIZABETH DARGA
UNDER-SHERIFF
43565 ELIZABETH ROAD,
MOUNT CLEMENS, MI 48043

FRANK KRYCIA ATTORNEY
MACOMB COUNTY CORPORATE COUNSEL
ONE S. MAIN STREET 8TH FLOOR
MOUNT CLEMENS, MI 48043

JOHN NIZOL
DEPUTY COURT ADMINISTRATOR
16TH JUDICIAL CIRCUIT COURT
40 NORTH MAIN STREET 6TH FLOOR
MOUNT CLEMENS, MI 48043

United States of America 113th 1st session Congressional Congress
U.S. House of Representatives Committee on the Judiciary
Senate Committee on the Judiciary

*Jeff B-rr*
*Rep. McHerry (NC-10)*
*Received*

RECEIVED MAY 3 - 2013

Commission by Declaration
Know all men by these presents that
Rodney-Dale of the family Class is hereby commissioned
as:

Private Attorney General 42 U.S.C. 1988
Qualified Criminal Investigator 18 U.S.C. 1510
Federal Witness 18 U.S.C. 1512
False Claim Act 31 U.S.C. 3729
14th Amendment section 4 public debt collector "Bounty Hunter"
Administrative Procedure Act- 60 stat 237 section 6 sub a

Ex Relatione of several states  –  Ex Relatione United States of America

Comes Now, as One of The People, North Carolina State, of the several states and United States of America. A Man upon the land, has elected to become Next Friend to The People of North Carolina State and to The People of the several states by virtue of Article No. 35 and the Judiciary Act of 1789 September 24, 1789 1 stat 73 Pursuant to and in accordance with reservations of rights as established the ninth and 10th Amendment to United States Constitution that states:

> The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people. (Miranda v. Arizona 384 U.S 436-1966)

RECEIVED
MAY   REC'D
Committee on the Judiciary

Declaration and Commission

By authority invested in the House of Representatives committee on the Judiciary, pursuant to in accordance with the 10th amendment to the Constitution of the United States of America that clearly states in the relevant part:

> The power not delegated to the United States by the Constitution, nor prohibited By it to the states, are reserved to the states respectively, or to the People

Whereas U.S. Congress has an active and codified the power of the Private Attorney General de jure Pursuant to 42 USC 1988, qualified as the appointed 'Private Attorney General' as a 'Qualified Criminal Investigator' Pursuant to 18 USC 1510 and guarantees his protection as a 'Federal Witness' Pursuant to 18 USC 1512; furthermore Administrative Procedure Act 1946, 60 stat 237, section 6 sub a ; Article 1 section 8: 10-11 of the Constitution of the United States of America empowers the Private Attorney General to an automatic letter of Marquis and reprisal in the Admiralty jurisdiction issued by Congress upon receipt of the oath of Allegiance - public law 97- 280 97th Congress: the Bible is 'The Word of God' S.J.Res.165, 96 Stat 1211, of the a Private Attorney General by the clerk of the House of Representatives said as recorded by the clerk as the commission of a newly appointed private attorney general with all public, ministerial duties, privileges, and ambassadorial immunities as guaranteed by the Federal Constitution and treaties of Vienna, Paris, Magna Carta Libertatum, common law authority of the Supreme Court decisions, and subsequent acts of Congress consistent with God's words also known as the holy Scripture, found in the Bible.

Whereas U.S. Congress has Authorized the 14th amendment to the U.S. Constitution section 4 to collect public debt. Whereas Congress under the False Claim Act 31 USC 3729 allow Private Individuals to act as 'Private Attorney General and Bounty Hunters' to enforce public debt fraud such Bounty Hunter held Congressional authority to enforce the Constitution, Laws of the United states, Treaties, etc and the Laws of the several states as law enforcers. Here as 14th Amendment Bounty Hunters.

### Oath of Office of the Private Attorney General

I, Rodney, Dale, of the family, Class; say: Yes, I do solemnly, affirm that I will support and defend the Constitution of the United States of America against all enemies, foreign and domestic; Yes, I will be true to my and loyal in allegiance to the same; in obedience to the word of God found in Matthews 5: 33 and I take this Obligation freely, without any mental reservation or purposes of evasion; and say: Yes, I will well and faithfully, discharge the duties of the office on which I am about to enter; My Yes is Yes, My No is My No; done under Penalty of Perjury, without the United States without recourse. All Rights Reserved.

_/s/ Rodney Dale Class_

Rodney, Dale, Class: Private Attorney General, Bounty Hunter

House of Representatives Committee on the Judiciary

Senate Committee on the Judiciary